No. 10–1407. MATTHIS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–1429. WAMPLER ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–5289. HUGHES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6048. PARTEE ET AL. v. UNITED STATES; and
No. 10–6076. BUFFORD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6106. MEMBERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6217. RAMOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6440. WARREN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6654. WOMACK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6658. WISE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–6664. DUNSON v. UNITED STATES and RICE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6667. PETERSEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6832. RUDD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6864. WEEKES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–6991. MCCONNELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.